BROWN *v.* ALEXANDER.

SIMMONS, C. J.　1. Upon the hearing of a petition for certiorari from a justice's court, the judge of the superior court can not consider any rulings of the magistrate which are not complained of and assigned as error in the petition. Civil Code, § 4650.

2. There was no error in overruling the petition for certiorari upon all of the grounds taken therein.

　　*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Argued November 2, — Decided November 27, 1900.

Certiorari.　Before Judge Reagan.　Monroe superior court. February term, 1900.

*W. D. Stone* and *Persons & Persons,* for plaintiff in error.
*Bloodworth & Rutherford* and *J. B. Williamson,* contra.